IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VIRGIL BARCLAY** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 14-6257** |
| | : | |
| **PHILLIP WASHINGTON, C/O,** | : | |
| **MICHAEL WENEROWICZ, Superintendent,** | : | |
| **JOHN DOE, Captain, JOHN DOE, Lt., C/O** | : | |
| **JOHN DOE 1, Sgt. JOHN DOE and C/O** | : | |
| **JOHN DOE 2** | : | |

**FILED** OCT 16 2015 MICHAEL E. KUNZ, Clerk By_____ Dep. Clerk

### ORDER

**AND NOW,** this 15th day of October, 2015, upon consideration of the Defendant Phillip Washington's Motion to Dismiss Under Rule 12(b)(6) (Document No. 18) and the plaintiff's response, it is **ORDERED** that the motion is **GRANTED IN PART** and **DENIED IN PART**.

**IT IS FURTHER ORDERED** as follows:

1. To the extent the motion seeks dismissal of the plaintiff's state law cause of action in Count V, it is **GRANTED**;

2. Count V of the plaintiff's amended complaint is **DISMISSED**; and

3. In all other respects, the motion is **DENIED**.

_____
TIMOTHY J. SAVAGE, J.