IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VIRGIL BARCLAY** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 14-6257** |
| | : | |
| **PHILLIP WASHINGTON, C/O,** | : | |
| **MICHAEL WENEROWICZ, Superintendent,** | : | |
| **JOHN DOE, Captain, JOHN DOE, Lt., C/O** | : | |
| **JOHN DOE 1, Sgt. JOHN DOE and C/O** | : | |
| **JOHN DOE 2** | : | |

FILED
OCT 16 2015
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

### ORDER

**AND NOW,** this 15th day of October, 2015, upon consideration of the Defendant Michael Wenerowicz's Motion to Dismiss Plaintiff's Amended Complaint (Document No. 27) and the plaintiff's response, it is **ORDERED** that the motion is **GRANTED.**

**IT IS FURTHER ORDERED** as follows:

1. The amended complaint is **DISMISSED** as to the defendant Michael Wenerowicz; and

2. The plaintiff is granted leave to file an amended complaint as to the defendant Michael Wenerowicz only no later than **October 23, 2015.**

_____
TIMOTHY J. SAVAGE, J.